■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NOEL BYRD, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Finnegan, J.), rendered December 18, 1986, convicting him of grand larceny in the third degree and criminal possession of stolen property in the third degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Although no one actually observed the defendant steal the complainant's money from his pocket, the evidence that the defendant was in recent, exclusive and unexplained possession of the complainant's money was legally sufficient to support the defendant's conviction of the crimes charged *(see, e.g., People v Baskerville,* 60 NY2d 374, 383). Furthermore, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence *(see,* CPL 470.15 [5]). Lawrence, J. P., Kunzeman, Kooper and Spatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD CAMPBELL, Also Known as JERRY CAMPBELL, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Sullivan, J.), rendered October 7, 1983, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mollen, P. J., Lawrence, Eiber and Balletta, JJ., concur.